FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 APR 19 PM 3:

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| GERBER LIFE INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV413-071 |
| ) | |
| LATONYA W. MONTGOMERY-CAUDLE and ) | |
| TERRANCE MASON, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Before the Court is Plaintiff Gerber Life Insurance Company's Notice of Dismissal Without Prejudice. (Doc. 8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendants Latonya W. Montgomery-Caudle and Terrance Mason have not filed either an answer or a motion for summary judgment in this case, Plaintiffs' request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 19th day of April 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA